UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                    CASE NO. 8:18-cr-480-T-23TGW

RYAN PERRIN

**JOINT STATUS REPORT**

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's Pretrial Discovery Order and Notice of Trial and Status Conference of July 23, 2019 (Doc. 13), the United States herein states as follows:

    **1.**    **Brief summary of the case's status and number of remaining defendants (and the number of fugitives):**

On or about October 16, 2018, the grand jury indicted the defendant on two counts of possessing a firearm while a felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). Doc. 1. The Court held his initial appearance and arraignment on July 23, 2019. Doc. 12. The defendant is currently serving a state prison sentence, and the Court detained the defendant. *Id.* The case is currently on the Court's November 2019 trial calendar. Doc. 20.

    **2.**    **Possibility of a plea agreement as to each defendant:**

Based on communications with defense counsel, the United States understands that the defendant is likely to plead guilty.

    **3.**    **Number of days required for trial:**

The United States estimates that its case-in-chief will take two to three days. Defense counsel is still evaluating how long the defendant's case-in-chief will take.

    **4.**    **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

There are no pending motions.

    **5.**    **Potential speedy trial problems:**

This case is on the Court's November 2019 trial calendar, and there are no speedy trial problems.

The United States has consulted with counsel for the defendant, who agrees with the above information.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:  /s/ Taylor G. Stout
      Taylor G. Stout
      Assistant United States Attorney
      United States Attorney No. 171
      400 N. Tampa Street, Suite 3200
      Tampa, Florida 33602-4798
      Telephone:   (813) 274-6000
      Facsimile:    (813) 274-6358
      E-mail:   taylor.stout@usdoj.gov

U.S. v. Perrin                                      Case No. 8:18-cr-480-T-23TGW

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Sara L. Mieczkowski, Esquire

                                          */s/ Taylor G. Stout*
                                          Taylor G. Stout
                                          Assistant United States Attorney
                                          United States Attorney No. 171
                                          400 N. Tampa Street, Suite 3200
                                          Tampa, Florida 33602-4798
                                          Telephone:  (813) 274-6000
                                          Facsimile:    (813) 274-6358
                                          E-mail:   taylor.stout@usdoj.gov