AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | Case No. 8:18-cr-480-T-23TGW |
| RYAN PERRIN | |

I, Ryan Perrin, the above named defendant, who is accused of possessing a firearm while a felon, in violation of 18 U.S.C. § 922(g)(1), being advised of the nature of the charge(s), the proposed Superseding Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Superseding Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

_____
Ryan Perrin
Defendant

_____
Sara Mieczkowski, Esquire
Counsel for Defendant

Before _____
Judicial Officer