UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

CASE No. 8:18-cr-480-T-23TGW          DATE: OCTOBER 31, 2019

## HONORABLE THOMAS G. WILSON

UNITED STATES OF AMERICA          AUSA TAYLOR STOUT
-v-
RYAN PERRIN                        AFPD SARA MIECZKOWSKI

DEPUTY CLERK: DAWN M. SAUCIER      COURTROOM 12A
COURT REPORTER: N/A                TIME: 2:38-3:06 (28 mins.)
INTERPRETER: N/A                   TAPE: DIGITAL

**PROCEEDINGS:   GUILTY PLEA**

( X )   Defendant sworn

( X )   Waiver of Indictment filed and accepted

( X )   Notice of Maximum Penalties and Essential Elements filed

( X )   Pleas of guilty entered to Counts One and Two of the Superseding Information

( X )   Factual basis established

( X )   Court to recommend that guilty pleas be accepted

( X )   Defendant referred to Probation for pre-sentence investigation

( X )   Sentencing to be scheduled before Judge Steven D. Merryday

( X )   Defendant remanded to custody of U.S. Marshal